CLAUDE T. HOLLENBECK, Appellant, *v.* THE ÆTNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, Respondent.

*Former adjudication — dismissal of complaint upon trial of action a bar to maintenance of new action for same cause.*

*Hollenbeck* v. *Ætna Casualty & Surety Co.*, 215 App. Div. 609, affirmed.

(Argued May 14, 1926; decided June 1, 1926.)

APPEAL from a judgment, entered March 5, 1926, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon a policy of burglary insurance. Upon trial of a former action for the same liability under the same policy the complaint had been dismissed and the judgment entered failed to state that the dismissal was without prejudice. Plaintiff neither appealed nor moved to correct the judgment but brought a new action. The Appellate Division held that the judgment dismissing the complaint in the first action was a bar to the maintenance of this.

*Henry J. Crawford* for appellant.
*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

SCHENECTADY HOLDING COMPANY, INC., Respondent, *v.* EDWARD B. ASHTON, Appellant, Impleaded with Another.

*Appeal — motion to dismiss denied.*

(Reported below, 215 App. Div. 857.)

(Submitted May 24, 1926; decided June 1, 1926.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 27, 1926, modifying